_____

**SO ORDERED,**

*[signature]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: March 15, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RODNEY DUANE RIDLEY
BARBARA LYNN RIDLEY

CHAPTER 13 BANKRUPTCY
CASE NO. 17-02851 NPO

J. C. BELL, TRUSTEE

## ORDER WITHDRAWING
## <u>OBJECTION TO CLAIM</u>

THIS DAY, THIS CAUSE came on for consideration of Trustee's Objection to Secured Claim of UNITED CONSUMER FINANCIAL (Docket No. 64) and the Court finds the Trustee's Objection should be withdrawn.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Docket No. 64) is withdrawn.

##END OF ORDER##

Submitted By:
/s/J. C. Bell
Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011